# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 2, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158386

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                       SC:  158386
                                       COA:  343116
                                       Macomb CC:  2003-002549-FC

GERMIRA LAMAR CARTER,
          Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the August 9, 2018 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 2, 2019



s0624

                                   Clerk